**Order entered September 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00747-CV

## IN RE CHARLES STANLEY CHURCHWELL, JR., TRUSTEE OF THE CHRISTOPHER J. MERLO REVOCABLE TRUST, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-03799-2**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's Petition for Writ of Mandamus. We also **LIFT** the stay issued by this Court's August 22, 2022 Order.


/s/    DENNISE GARCIA
        JUSTICE